### FILKINS *against* BROCKWAY.

MOTION to set aside the *certiorari* which had been allowed in this case, on the ground that the seal affixed to the writ had been detached from process to which it had been before affixed, and again affixed to this writ. The affidavit of the attorney who sued out the *certiorari*, stated, that the seal had been taken from a *capias ad respondendum*, which had been filled up, but never delivered to the sheriff.

*Per Curiam.* We deny the motion, without costs; but we think proper to lay down this general rule, in future : that a seal which has been used by being affixed to any process which has been filled up, whether such process has been delivered to the sheriff or not, cannot be again used, or attached to another writ. It is *functus officio*, and to allow it to be again used, would lead to improper practices, and be a fraud on the clerk's office. We intend to put a

stop to a practice so incorrect, in this respect, and shall set aside any writ or process to which such a seal shall be so affixed.

Motion denied.